UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL CERVANTES,

    Plaintiff,

v.

DANIEL MOISA, et al.,

    Defendants.

Case No. 21-cv-05834-RMI

**ORDER OF TRANSFER**

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff presents allegations pertaining to events that occurred at California State Prison Los Angeles County. That prison is located in the Central District of California. Plaintiff is incarcerated in the Eastern District of California. The acts underlying this civil rights complaint occurred and Defendants reside in the Central District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: August, 3, 2021

ROBERT M. ILLMAN
United States Magistrate Judge